IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY R. HARPER, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-6149 |
| v. | : | |
| CITY HALL, DIVISION OF VITAL RECORDS, CITY OF PHILADELPHIA, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of December, 2016, after considering the amended complaint filed by the *pro se* plaintiff, Tony R. Harper (Doc. No. 4), and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The amended complaint is **DISMISSED WITH PREJUDICE**; and

2. The clerk of court shall **CLOSE** this case.

BY THE COURT:



_____
EDWARD G. SMITH, J.